# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ORION IP, LLC,<br>a Texas Limited Liability Company,<br><br>v.<br><br>COSTCO WHOLESALE CORP., et al. | Civil Action No. 6:07CV-106 LED<br><br>JURY TRIAL DEMANDED |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE FOR SANYO

The plaintiff, Orion IP, LLC, and defendants, Sanyo North America Corporation and its division, Sanyo Fisher Company, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

Dated: May 25, 2007

Respectfully submitted,

**SANYO NORTH AMERICA CORPORATION, and its division, SANYO FISHER COMPANY**

**ORION IP, LLC**

By: /s/ Evan Finkel, by permission David Pridham
Evan Finkel
**Pillsbury Winthrop Shaw Pittman**
725 S Figueroa St., Suite 2800
Los Angeles, CA 90017
Telephone: (213) 488-7307
Facsimile: (213) 226-4058
E-mail: evan.finkel@pillsburylaw.com

By: /s/ David M. Pridham
Danny L. Williams - LEAD ATTORNEY
Texas State Bar No. 21518050
Terry D. Morgan
Texas State Bar No. 14452430
J. Mike Amerson
Texas State Bar No. 01150025
**Williams, Morgan & Amerson, P.C.**
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-4060
Facsimile: (713) 934-7011
E-mail: danny@wmalaw.com
E-mail: tmorgan@wmalaw.com
E-mail: mike@wmalaw.com

1

        David M. Pridham
        **Intellectual Property Navigation Group, LLC**
        Rhode Island State Bar No. 6625
        207 C North Washington Avenue
        Marshall, Texas 75670
        Telephone: (903) 938-7400
        Facsimile: (903) 938-7404
        E-mail: david@ipnav.com

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: May 25, 2007                               /s/ David M. Pridham
                                                                    David M. Pridham