**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ORION IP, LLC,** a Texas Limited Liability Company, <br><br> v. <br><br> **COSTCO WHOLESALE CORP., et al.** | Civil Action No. 6:07CV-106 LED <br><br> JURY TRIAL DEMANDED |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE FOR BROTHER INTERNATIONAL

The plaintiff, Orion IP, LLC, and defendant, Brother International Corporation, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

Dated: May 25, 2007

Respectfully submitted,

**BROTHER INTERNATIONAL CORP.**

By: /s/ Deron Dacus, by permission David Pridham
H. Tracy Crawford
Deron R. Dacus
Shannon M. Dacus
**Ramey & Flock**
100 East Ferguson, Ste. 500
Tyler, TX 75702
Facsimile: (903) 597-3301
Facsimile: (903) 597-2413
E-mail: tcrawford@rameyflock.com
E-mail: ddacus@rameyflock.com
E-mail: shannond@rameyflock.com

**ORION IP, LLC**

By: /s/ David M. Pridham
David M. Pridham
**Intellectual Property Navigation Group, LLC**
Rhode Island State Bar No. 6625
207 C North Washington Avenue
Marshall, Texas 75670
Telephone: (903) 938-7400
Facsimile: (903) 938-7404
E-mail: david@ipnav.com

## CERTIFICATE OF SERVICE

       I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: May 25, 2007                                 /s/ David M. Pridham
                                                         David M. Pridham