UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ORION IP, LLC | |
| v. | NO. 6:07cv106 LED |
| COSTCO WHOLESALE CORP., et al. | Jury |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, Orion IP, LLC, and Defendants, Konica Minolta Business Solutions U.S.A., Inc. and Konica Minolta Sensing America, Inc., pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing this action with regard to the claims of Plaintiff in their entirety WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

Dated: July 6, 2007                                         Respectfully submitted,

| KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC. AND KONICA MINOLTA SENSING AMERICA, INC. | ORION IP, LLC |
|---|---|
| /s/ Vincent J. Belusko<br>Vincent J. Belusko<br>Brian F. McMahon<br>Morrison & Foerster LLP<br>555 West Fifth Street, 35th Floor<br>Los Angeles, CA 90013-1024<br>Telephone: (213) 892-5200<br>Facsimile: (213) 892-5454<br>Email: vbelusko@mofo.com<br>Email: bmcmahon@mofo.com | /s/ David M. Pridham<br>David M. Pridham<br>R.I. State Bar No. 6625<br>Intellectual Property Navigation Group, LLC<br>207 C North Washington Avenue<br>Marshall, Texas 75670<br>Telephone: (903) 938-7400<br>Facsimile: (903) 938-7404<br>E-mail: david@ipnav.com |

## CERTIFICATE OF SERVICE

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: July 6, 2007                            /s/ David M. Pridham
                                                             David M. Pridham