IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ORION IP, LLC | § | |
| | § | |
| V. | § | CAUSE NO. 6:07-CV-106-LED |
| | § | |
| COSTCO WHOLESALE CORP., et al. | § | JURY |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, ORION IP, LLC, and defendant CIRCUIT CITY STORES, INC., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

Dated:  July 25, 2007

Respectfully submitted,

**ORION IP, LLC**

By: /s/ *John J. Edmonds*
David M. Pridham
Intellectual Property Navigation
Group, LLC
Rhode Island Bar No. 6625
207 C North Washington Avenue
Marshall, Texas 75670
Telephone:      (903) 938-7400
Facsimile:       (903) 938-7404
david@ipnav.com

John J. Edmonds
Texas Bar No. 00789758
THE EDMONDS LAW FIRM
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 415-2535
johnedmonds@edmondslegal.com

**COUNSEL FOR ORION IP, LLC**

**CIRCUIT CITY STORES, INC.**

By: /s/ *Douglas R. McSwane, Jr.*
Douglas R. McSwane, Jr.
State Bar No. 13861300
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas  75502
Telephone:  (903) 597-8311
Facsimile:  (903) 593-0846
dougmcswane@potterminton.com

Of counsel:

Charles M. Allen
Virginia State Bar No. 30183
GOODMAN, ALLEN & FILETTI, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, Virginia 23060
Telephone: (804) 346-0600
Facsimile: (804) 346-5954
callen@goodmanallen.com

**Counsel for Defendant
CIRCUIT CITY STORES, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 25, 2007.  Any other counsel of record will be served by First Class mail on this same date.

/s/ *John J. Edmonds*
John J. Edmonds