IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ORION IP, LLC | § | |
| | § | |
| V. | § | NO. 6:07-CV-106-LED |
| | § | |
| COSTCO WHOLESALE CORP., et al. | § | JURY |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Orion IP, LLC, and defendant, Sharp Electronics Corporation, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

Date: August 8, 2007

Respectfully submitted,

| SHARP ELECTRONICS CORPORATION | ORION IP, LLC |
|---|---|
| By: /s/ Joseph Diamante | By: /s/ John J. Edmonds |
| Joseph Diamante | John J. Edmonds |
| Richard H. An | Texas Bar No. 00789758 |
| JENNER & BLOCK LLP | THE EDMONDS LAW FIRM |
| 919 Third Ave., 37th Floor | 709 Sabine Street |
| New York, N.Y. 10022 | Houston, Texas 77007 |
| Telephone: (212) 891-1600 | Telephone: (713) 858-3320 |
| Facsimile: (212) 891-1699 (facsimile) | Facsimile: (832) 415-2535 |
| jdiamante@jenner.com | johnedmonds@edmondslegal.com |
| ran@jenner.com | |
| | |
| COUNSEL FOR SHARP ELECTRONICS CORPORATION | COUNSEL FOR ORION IP, LLC |

## CERTIFICATE OF SERVICE

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: August 8, 2007                                /s/ John J. Edmonds
                                                                                John J. Edmonds

1.