IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ORION IP, LLC | § | |
| | § | |
| V. | § | CAUSE NO. 6:07-CV-106-LED |
| | § | |
| COSTCO WHOLESALE CORP., et al. | § | |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, ORION IP, LLC, and defendant, BOSE CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

Date:  August 23, 2007

BOSE CORPORATION

By: /s/ R. Ritch Roberts
R. Ritch Roberts
State Bar No. 24041794
Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX 75201
(214) 747-5070 Telephone
(214) 747-2091 Facsimile
RRoberts@fr.com Email

Counsel for Defendant BOSE CORPORATION

Respectfully submitted,

ORION IP, LLC

By: /s/ John J. Edmonds
David M. Pridham
Intellectual Property Navigation Group, LLC
Rhode Island Bar No. 6625
207 C North Washington Avenue Marshall, Texas 75670
Telephone:  (903) 938-7400
Facsimile:  (903) 938-7404
E-mail: david@ipnav.com

John J. Edmonds
Texas Bar No. 0079758
THE EDMONDS LAW FIRM, PC
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 858-3320
Facsimile: (832) 415-2535
E-mail: johnedmonds@edmondslegal.com

Counsel for Plaintiff ORION IP, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by first class mail on this same date.

| | |
|---|---|
| Date: August 23, 2007 | /s/ John J. Edmonds<br>John J. Edmonds |