IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ORION IP, LLC, | |
| v. | Civil Action No. 6:07-CV-106 LED |
| COSTCO WHOLESALE CORP., et al. | JURY |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Orion IP, LLC, and defendant, The Goodyear Tire & Rubber Company, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the Settlement Agreement between the parties, with each party to bear its own costs, expenses and attorneys fees.

Date: September 26, 2007

Respectfully submitted,

**THE GOODYEAR TIRE & RUBBER COMPANY**

By: /s/ J. Robert Chambers
J. Robert Chambers
John P. Davis
Wood Herron & Evans LLP
441 Vine St, Ste. 2700
Cincinnati, OH 45202
Telephone: (513) 241-2324
Facsimile: (513) 241-6234
bchambers@whepatent.com
jdavis@whepatent.com

**ORION IP, LLC**

By: /s/ John J. Edmonds
David M. Pridham
Intellectual Property Navigation Group, LLC
Rhode Island Bar No. 6625
207 C North Washington Avenue
Marshall, Texas 75670
Telephone: (903) 938-7400
Facsimile: (903) 938-7404
david@ipnav.com

| | |
|---|---|
| H. Tracy Crawford<br>Shannon M. Dacus<br>Ramey & Flock<br>100 East Ferguson, Ste. 500<br>Tyler, TX 75702<br>Telephone: (903) 597-3301<br>Facsimile: (903) 597-2413<br>tcrawford@rameyflock.com<br>shannond@rameyflock.com | John J. Edmonds<br>Texas Bar No. 00789758<br>THE EDMONDS LAW FIRM, PC<br>709 Sabine Street<br>Houston, Texas 77007<br>Telephone: (713) 858-3320<br>Facsimile: (832) 415-2535<br>johnedmonds@edmondslegal.com<br><br>**COUNSEL FOR ORION IP, LLC** |

**COUNSEL FOR THE GOODYEAR TIRE
& RUBBER COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: September 26, 2007    /s/ John J. Edmonds
                             John J. Edmonds