IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ORION IP, LLC** | § § § § | |
| Plaintiff | | |
| vs. | § § § | CASE NO. 6:07 CV 106 |
| | § | PATENT CASE |
| **COSTCO WHOLESALE CORPORATION, SHARP ELECTRONICS CORPORATION, THE GOODYEAR TIRE AND RUBBER COMPANY, BOSE CORPORATION, and CIRCUIT CITY STORES, INC.** | § § § § § § § | |
| Defendants | | |

**ORDER**

The Court **ORDERS** this case consolidated with Orion IP, LLC v. Xerox Corporation, et al., 6:07-cv-138.

**So ORDERED and SIGNED this 11th day of October, 2007.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**