**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ORION IP, LLC,** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CASE NO. 607 CV 106 |
| | § | PATENT CASE |
| **COSTCO WHOLESALE** | § | CONSOLIDATED WITH |
| **CORPORATION, et al.,** | § | 607 CV 138 |
| | § | |
| Defendants | | |

**ORDER**

As all parties to this case have settled and the lead case, 6:07cv138, has been closed, the Court **ORDERS** that this case be closed.

**So ORDERED and SIGNED this 15th day of January, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**